UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Gary Ivey**                                    **Docket No. 5:25-CR-140-1FL**

### Petition for Action on Supervised Release

COMES NOW Quanda L. Lunsford, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Gary Ivey, who, upon an earlier plea of guilty to Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1), and 18 U.S.C. § 924(a)(2), was sentenced by the Honorable Lashann Dearcy Hall, U.S. District Judge in the Eastern District of New York, on February 2, 2024, to the custody of the Bureau of Prisons for a term of 37 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 24 months.

Gary Ivey was released from custody on November 19, 2024, at which time the term of supervised release commenced in the Eastern District of North Carolina.

On April 11, 2025, a Violation Report was submitted to the Eastern District of New York notifying the district that the defendant left the Eastern District of North Carolina without permission.

On June 20, 2025, a Transfer of Jurisdiction was filed, and the case was assigned to the Honorable Louise W. Flanagan, U.S. District Judge.

On July 9, 2025, a Petition for Action was submitted to the court advising criminal conduct. The conditions of supervision were modified to add Cognitive Behavioral Therapy and Mental Health treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 28, 2026, the defendant committed the offenses of Driving While License Revoked and Failure to Maintain Lane Control (26CR690) in Franklin County, North Carolina. The defendant notified his supervising officer of the conduct. In response to the noncompliance, the probation office will increase contact with the defendant, and it is recommended that the defendant complete 25 hours of community service. No further action is recommended at this time. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 25 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

**Gary Ivey**
**Docket No. 5:25-CR-140-1FL**
**Petition For Action**
**Page 2**

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Maurice J. Foy
Maurice J. Foy
Supervising U.S. Probation Officer

/s/ Quanda L. Lunsford
Quanda L. Lunsford
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8801
Executed On: March 19, 2026

## ORDER OF THE COURT

Considered and ordered this 19th  day of March, 2026 and ordered filed and made a part of the records in the above case.

Louise W. Flanagan
U.S. District Judge